# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

FILED
OCT 28 2025
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 25-20543-001 |
| Cemhan Biricik | ) |
| | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at *(if blank, to be notified)* :

_____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

- ☐ (6) The defendant is placed in the custody of
  (See separate Agreement to Assume Custody of the Defendant).

- ☑ (7) The defendant must:

    - ☑ (a) report, as directed, to:
        - ☑ Pretrial Services Agency.
        - ☐ Probation Department.

    - ☐ (b) continue or actively seek employment. Provide verification to the supervising officer, as requested.

    - ☐ (c) continue or start an education program and provide monthly verification to the supervising officer.

    - ☑ (d) not apply for or enter into any loan or other credit transaction without the previous written permission of the pretrial services office or supervising officer.

    - ☑ (e) surrender any passport, enhanced identification, or international travel documents immediately to the supervising officer as directed.

    - ☑ (f) not obtain a passport, enhanced identification, or any international travel documents.

    - ☑ (g) abide by the following travel restrictions on personal association, place of abode, or travel:
        - ☐ Travel restricted to the Eastern District of Michigan;
        - ☐ Travel restricted to the State of Michigan;
        - ☐ Travel restricted to the Continental United States;
        - ☑ Travel restricted to: Southern District of FL and ED/MI for court purposes only
        - ☐ Unless you have the previous consent of the pretrial services office, supervising officer or the court.

    - ☑ (h) avoid all contact, directly or indirectly, including but not limited to:
        - ☑ co-defendant;
        - ☐ any person who is or may become a victim;
        - ☐ witness in the investigation or prosecution;
        - ☑ other: former employees of FastLab or FastDoc
        - ☐ list to be provided by U.S. Attorney.

    - ☐ (i) obtain medical or mental health treatment as directed by the supervising officer.
        - ☐ i) provide a co-payment for treatment costs as directed by the supervising officer.

    - ☐ (j) for all probation and/or supervised release violations, abide by all conditions in the Judgment Order under docket#

    - ☐ (k) maintain residence at a residential reentry center as directed by the supervising officer.

    - ☐ (l) reside at the bond address, and any changes in residence must be pre-approved by the supervising officer.

- [x] (m) not possess a firearm, destructive device, or other dangerous weapons.
- [x] (n) remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.
- [ ] (o) surrender any Concealed Pistol License (CPL) to the supervising officer within 48 hours of release.
- [ ] (p) not use alcohol:
    - [ ] at all
    - [ ] excessively.
- [ ] (q) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Provide documentation of any prescribed medications to the supervising officer and any new medications prescribed by a licensed medical practitioner throughout supervision. Refrain from the use of marijuana which is prohibited by federal law.
- [ ] (r) submit to any testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing of a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant/offender must not obstruct or attempt to obstruct or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
- [ ] (s) participate in a program of inpatient or outpatient substance use treatment if directed by the pretrial services office or supervising officer.
- [ ] (t) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
    - [ ] i) pay all or part of the cost of alcohol testing, including equipment loss or damage, based on your ability to pay, as determined by pretrial services or supervising officer.
- [x] (u) participate in the location monitoring programs and comply with its requirements as directed in subsections i, ii and iii.
    - (i) Following the location restriction component (Check one)
        - [ ] (1) **Curfew.** You are restricted to your residence every day:
            - [ ] From _____ to _____ or
            - [ ] as directed by the pretrial services or supervising officer
        - [ ] (2) **Home Detention.** You are restricted to your residence at all times, except for employment; education; religious services; medical, substance use or mental health treatment; attorney visits; court appearances; court-ordered obligations; or essential activities approved in advance by the court or pretrial services office or supervising officer.
            - [ ] (i) **Discretionary Leave** may be granted to participant as deemed appropriate by the supervising officer.
        - [ ] (3) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or activities approved by the court;

☑ (4) **Stand Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technologies.

☑ (ii) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

☑ (iii) you must pay all or part of the cost of the program, including equipment loss or damage, based upon your ability to pay as the pretrial services office or supervising officer determines:

- ☐ 1) Location monitoring technology as directed by the pretrial services office or supervising officer;
- ☐ 2) Radio Frequency (RF) monitoring;
- ☑ 3) Global Positioning System (GPS) monitoring;
- ☐ 4) Voice Recognition monitoring;
- ☐ 5) Virtual Mobile Application: You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g. locational services) are unaltered; and 3) no efforts have been made to alter the mobile application

☐ (v) report within 24 hours to the pretrial services office, or supervising officer, every contact with law enforcement personnel, including arrests, questioning or traffic stops.

☐ (w) resolve all outstanding warrants as directed by the supervising officer.

☐ (x) comply with all Sex Offender Registration and Notification Act (SORNA) requirements.

☐ (y) you are restricted from any use of computers and/or internet connected devices, or any device that can connect and exchange data with other devices and systems of internet. You are prohibited from accessing a computer and the internet including but not limited to (a) desktop or laptop computers; (b) smartphones, smart watches, and tablets; (c) smart appliances, smart devices, including hub or personal assistant devices; and (d) all network accessing devices, including internet connectable gaming systems.

  ☐ (i) Remove all internet capable devices from the bond address and provide verification to the supervising officer within 48 hours of release.

☐ (z) the defendant is permitted the use of a computer and/or internet connected device. The defendant agrees to participate in the computer and/or internet restriction/monitoring program and will abide by all rules and requirements of the program. The defendant will permit Pretrial Services or supervising officer to configure, manage, and install monitoring software on all approved computers and/or internet connected devices, which will require the search of computer software and hardware. The defendant's use and access to computers and/or internet connected device(s) is limited to those that can be configured, managed, and monitored by Pretrial Services or supervising officer. The defendant will be responsible for the cost of the computer and/or internet monitoring software, based on their ability to pay, as determined by the Pretrial Services Agency or supervising officer.

☐ (aa) you are permitted the use of a computer and/or internet for employment purposes only. Any computer or internet connected device must be monitored by either the defendant's employer, or by Pretrial Services or supervising officer as noted in condition (z). The defendant is required to notify their employer of the allegations contained in the charging document and the requirement that their computer and/or internet usage be monitored. The defendant must provide verification to Pretrial Services or supervising officer that any computer and/or internet connected device is monitored as noted above.

☑ (bb)

Not to enter any airport or airfield property. May only travel by plane to travel to the Eastern District of Michigan for court purposes only.

Not to bill or cause to be billed Medicare of Medicaid, or any federal health program.

No flight training of any sort.

Not to communicate, directly or indirectly, with former employees of FastLab or FastDoc, unless in the presence of counsel.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Ann Arbor, MI
*City and State*

### Directions to the United States Marshal

[✓] The defendant is ORDERED released after processing.
[ ] The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: October 28, 2025

*Judicial Officer's Signature*

JUDITH E. LEVY   U.S. Dist. Court
*Printed name and title*