# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                    Plaintiff,        Case No. 25-cr-20543-1

v.                             Judith E. Levy
                               United States District Judge

Cemhan Biricik,

                               Mag. Judge Kimberly G. Altman

                    Defendant.

_____/

## ORDER DENYING DEFENDANT'S "LETTER MOTION"
## TO MODIFY HIS CONDITIONS OF PRETRIAL RELEASE [61]

This case is before the Court on Defendant Cemhan Biricik's "Letter Motion" requesting a modification of his conditions of pretrial release: the removal of his GPS tether. (ECF No. 61.) In light of the government's response opposing Defendant's filing (ECF No. 69) and based on the Court's consideration of the request, Defendant's "Letter Motion" is DENIED.

IT IS SO ORDERED.

Dated: May 22, 2026          s/Judith E. Levy
     Ann Arbor, Michigan      JUDITH E. LEVY
                            United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 22, 2026.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager