**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1 CEMHAN "JIMMY" BIRICIK,<br>D-2 DR. MARTIN PERLIN,<br><br>Defendants. | Case No. 5:25-cr-20543<br><br>Hon. Judith E. Levy<br>United States District Judge<br><br>Hon. Kimberly G. Altman<br>United States Magistrate Judge |

**DEFENSE COUNSEL'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AND FOR APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT**

Todd A. Spodek ("Movant"), retained counsel of record for Defendant Cemhan "Jimmy" Biricik, moves under Local Criminal Rule 57.1(a) and (d) and 18 U.S.C. § 3006A(c) for leave to withdraw as counsel and for the appointment of counsel under the Criminal Justice Act. In support, Movant states:

1. Defendant Biricik is charged in the Indictment (ECF No. 1) with conspiracy to commit health care fraud, 18 U.S.C. § 1349 (Count One), and health care fraud, 18 U.S.C. § 1347 (Counts Two through Fifty-Nine).

2. Movant was retained by Defendant Biricik and entered an appearance on September 14, 2025 (ECF No. 18).

3. Defendant Biricik is no longer financially able to retain private counsel for the remainder of this case.
4. On April 20, 2026, the Court denied Defendant Biricik's motion for release of funds (ECF No. 62). Those funds therefore are currently not available to pay for counsel. Defendant Biricik has filed an objection to the denial with the Court (ECF No. 64), and nothing in this filing is intended to waive or affect it.
5. Under 18 U.S.C. § 3006A(c), if at any stage of the proceedings the Court finds that a defendant is financially unable to pay counsel whom he had retained, the Court may appoint counsel. Defendant Biricik will submit a completed financial affidavit (CJA Form 23) for the Court's review. Movant requests that the affidavit be reviewed ex parte and in camera.
6. Under LCrR 57.1(a), counsel who has entered a post-indictment appearance must continue to represent the defendant unless the Court grants leave to withdraw. Under LCrR 57.1(d), withdrawal requires a written motion served on the defendant personally or at his last-known address and on all other parties.
7. Defendant Biricik consents to Movant's withdrawal upon the appointment of new counsel.

8. Pursuant to LCrR 12.1(a) and LR 7.1(a), undersigned counsel conferred with counsel for the United States, AUSA Regina McCullough and AUSA Ryan A. Particka, who stated that the Government takes no position on the relief requested.

9. Separately, the parties have agreed to request that the trial in this matter be continued to July 2027, and they intend to submit a stipulation and proposed order to that effect. The relief sought in this motion is consistent with that proposed trial date, which would give appointed counsel reasonable time to review discovery and prepare for trial. Defendant Biricik does not oppose the continuance.

10. Withdrawal will not unduly delay trial, prejudice any party, or otherwise disserve the interests of justice. LCrR 57.1(d). Movant asks that withdrawal take effect upon the appearance of appointed counsel, so that Defendant Biricik remains represented throughout. Movant will promptly transfer the complete client file, including discovery, to successor counsel.

11. Consistent with Michigan Rule of Professional Conduct 1.16, Movant has given the client notice of this motion and has taken steps reasonably practicable to protect his interests. Movant will serve this motion on Defendant Biricik personally or at his last-known address, Boca Raton, FL, as

required by LCrR 57.1(d).

**WHEREFORE**, Movant respectfully requests that the Court:

(a) determine Defendant Biricik's eligibility for appointed counsel under 18 U.S.C. § 3006A;

(b) upon a finding of eligibility, appoint counsel under the Criminal Justice Act;

(c) grant Todd A. Spodek leave to withdraw as counsel of record, effective upon the appearance of appointed counsel; and

(d) enter the proposed order submitted through the Court's ECF Proposed Orders utility.

Dated: October 14, 2026
New York, NY

Respectfully submitted,

/s/ Todd A. Spodek
Todd A. Spodek (NY Bar No. 4489399)
Spodek Law Group, P.C.
The Woolworth Building
233 Broadway, Suite 710
New York, NY 10279
Mobile: (347) 292-8633
Office: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com
Attorney for Cemhan "Jimmy" Biricik

# BRIEF IN SUPPORT

## Statement of Issues Presented

Should the Court grant retained counsel leave to withdraw and appoint counsel under the Criminal Justice Act, where the defendant can no longer afford retained counsel, the Court has denied his motion for release of funds, the defendant consents and the Government takes no position, and withdrawal will take effect only upon the appearance of successor counsel?

Movant answers: Yes.

## Controlling or Most Appropriate Authority

18 U.S.C. § 3006A(b), (c), (f); Fed. R. Crim. P. 44(a); E.D. Mich. LCrR 57.1(a), (d); Mich. R. Prof'l Conduct 1.16(b), (d).

## Argument

For the reasons stated in the motion, which Movant incorporates here, the Court should grant the relief requested. Defendant Biricik can no longer pay retained counsel. The Court's denial of his motion for release of funds (ECF No. 62) confirms that those funds are not currently available to pay for his defense.

Section 3006A(c) authorizes the Court to appoint counsel at any stage of the proceedings upon a finding that a defendant can no longer pay counsel he had retained, and § 3006A(f) allows the Court to order repayment if funds later become available. The motion is unopposed, Defendant Biricik consents, and because withdrawal will take effect only upon the appearance of appointed counsel, there will be no gap in representation and no undue delay or prejudice. LCrR 57.1(d).

## CERTIFICATE OF SERVICE

I certify that on October 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification to all counsel of record, and that I caused a copy to be served on Defendant Cemhan "Jimmy" Biricik by first-class mail at his last-known address, Boca Raton, FL, as required by LCrR 57.1(d). I further certify that on October 14, 2026, I submitted the proposed order through the Court's ECF Proposed Orders utility and emailed a copy to all counsel of record and to Defendant Biricik.

/s/ Todd A. Spodek
Todd A. Spodek (NY Bar No. 4489399)
Spodek Law Group, P.C.
The Woolworth Building
233 Broadway, Suite 710
New York, NY 10279
Mobile: (347) 292-8633
Office: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com
Attorney for Cemhan "Jimmy" Biricik