UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Cemhan "Jimmy" Biricik,
Dr. Martin Perlin,

Defendants.

Case 5:25-cr-20543
District Judge Judith E. Levy
Magistrate Judge Kimberly G. Altman

**UNOPPOSED MOTION TO STRIKE ECF NO. 90**

Defendant Cemhan Biricik, through counsel, moves under Federal Rule of Criminal Procedure 49.1 for an order striking ECF No. 90 from the docket or, in the alternative, directing the Clerk to restrict public access to it. In support, Defendant states:

1. On October 15, 2026, counsel filed a Motion for Leave to Withdraw as Counsel and for Appointment of Counsel Under the Criminal Justice Act (ECF No. 90).

2. As filed, ECF No. 90 inadvertently included Mr. Biricik's full home street address. Under Federal Rule of Criminal Procedure 49.1(a)(5), a filing in a criminal case may include only the city and state of an individual's home address.

3. The same day, counsel filed a corrected version of the motion (ECF No. 91), which omits that information. ECF No. 91 is otherwise identical to ECF No. 90 and should be treated as the operative motion.

4. Mr. Biricik does not want his home address publicly available. Striking ECF No. 90, or restricting public access to it, is the narrowest means of protecting that information, because the substance of the motion remains publicly available in ECF No. 91.

5. Pursuant to Local Criminal Rule 12.1(a) and Local Rule 7.1(a), counsel sought the Government's concurrence. The Government does not oppose this Motion.

**WHEREFORE**, Defendant respectfully requests that the Court strike ECF No. 90 from the docket or, in the alternative, direct the Clerk to restrict public access to it; deem ECF No. 91 the operative motion; and enter the proposed order submitted through the Court's ECF Proposed Orders utility.

Dated: October 15, 2026
New York, NY

Respectfully submitted,

Jeff Chabrowe

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Cemhan Biricik***

## BRIEF IN SUPPORT OF UNOPPOSED MOTION TO STRIKE ECF NO. 90

## STATEMENT OF THE ISSUE PRESENTED

Should the Court strike ECF No. 90, or alternatively restrict public access to it, which inadvertently disclosed Defendant's full home address, where a corrected version omitting that information has been filed at ECF No. 91?

Defendant answers: Yes.

The Government does not oppose.

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

Fed. R. Crim. P. 49.1(a)(5), (d)

## ARGUMENT

Federal Rule of Criminal Procedure 49.1(a)(5) provides that, unless the court orders otherwise, a filing that contains an individual's home address may include only the city and state. Rule 49.1(d) authorizes the Court to order that a filing be made under seal, and the Court has inherent authority to manage its own docket, including by striking a filing that was made in error.

ECF No. 90 included Mr. Biricik's full home street address, contrary to Rule 49.1(a)(5). Counsel promptly filed a corrected version, ECF No. 91, that limits the address to city and state and is otherwise identical. Striking ECF No. 90, or restricting public access to it, is narrowly tailored: it protects only the personal information that Rule 49.1 is designed to keep off the public docket, and the full

substance of the motion remains publicly available in ECF No. 91. The Government does not oppose the request.

## CONCLUSION

For these reasons, Defendant respectfully requests that the Court strike ECF No. 90 or, in the alternative, direct the Clerk to restrict public access to it, and deem ECF No. 91 the operative motion.

Dated: October 15, 2026
New York, NY

Respectfully submitted,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Cemhan Biricik***

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification to all counsel of record, and that I submitted the proposed order through the Court's ECF Proposed Orders utility and emailed a copy to all counsel of record.

Jeff Chabrowe

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Cemhan Biricik***