UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 5:25-cr-20543

V.
D-1 CEMHAN BIRICIK
D-2 MARTIN PERLIN, M.D.,

Hon. Judith E. Levy
United States District Judge

Defendants.
_______________________________/

**STIPULATION FOR CONTINUANCE OF TRIAL DATE AND FINDING OF EXCLUDABLE DELAY**

The parties, by their undersigned attorneys, stipulate to the adjournment of the trial date in this matter from December 2, 2026 to a date in July 2027 to be selected by the Court, the adjournment of the plea cutoff/final pretrial conference currently set for November 12, 2026, and a finding of excludable delay from December 2, 2026 to the new trial date, for the following reasons:

1. Counsel for Defendant Martin Perlin is trial counsel in *United States v. Wood, et al.*, No. 4:26-cr-00051-P (N.D. Tex.), before the Honorable Mark T. Pittman. That case is set for jury trial beginning November 2, 2026, and is expected to last two to three weeks, through approximately November 20, 2026. The Northern District of Texas has stated that it will grant no further continuances in that matter.

2. The *Wood* trial overlaps the November 12, 2026 plea cutoff/final pretrial conference in this case and will occupy counsel during the weeks that would otherwise be devoted to final trial preparation, leaving little more than a week, including the Thanksgiving holiday, before the December 2, 2026 trial date.

3. Dr. Perlin's retained expert, Dr. Walter Sujansky, requires additional records relating to the Squarespace platform used by Fastlabs to complete his evaluation. Once the records are produced, Dr. Sujansky will need approximately several weeks to review them and complete his evaluation, after which the defense must make any expert disclosure required by Fed. R. Crim. P. 16(b)(1)(C).

4. This case is complex and involves myriad documents and electronic data.

5. Dr. Perlin is not in custody.

The parties further stipulate that all pretrial deadlines, including the plea cutoff/final pretrial conference and the deadline for defense expert disclosures, be reset in light of the new trial date.

The parties stipulate that the extended time period, that is from December 2, 2026 to the new trial date, shall constitute excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv), in that failure to grant the continuance would deny Dr. Perlin continuity of counsel, would deny counsel the reasonable time necessary for effective preparation, taking into account

the exercise of due diligence, and would be likely to result in a miscarriage of justice.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties agree that the ends of justice served by this delay outweigh the best interest of the public and the defendants in a speedy trial.

Dated: October 20, 2026

IT IS SO STIPULATED:

*s/ Regina R. McCullough*
Regina R. McCullough
Ryan A. Particka
K. Craig Welkener, Jr.
Assistant U.S. Attorneys
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9618
Regina.McCullough@usdoj.gov

*s/ Jeffery Chabrowe*
Jeffrey Chabrowe
Todd A. Spodek
jeff@chabrowe.com

*Counsel for D-1 Cemhan Biricik*

*s/ Ronald W. Chapman II*
Ronald William Chapman II (P73179)
Chapman, Dowling and Mallek P.C.
456 Milwaukee Ave.
Detroit, Michigan 48202
T: 346-242-7626
ron@chapman.law

*Counsel for D-2 Martin Perlin*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 5:25-cr-20543-JEL-KGA-2

V.

Hon. Judith E. Levy
United States District Judge

D-1 CEMHAN BIRICIK
D-2 MARTIN PERLIN, M.D.,

Defendant.
_________________________________/

**ORDER FOR CONTINUANCE OF TRIAL DATE AND FINDING OF EXCLUDABLE DELAY**

Upon this Court's consideration of the parties' stipulation and the Court being apprised of the circumstances,

IT IS HEREBY ORDERED that the trial date in this matter shall be adjourned from December 2, 2026, until July 13, 2027, at 8:30 a.m.

IT IS FURTHER ORDERED that the time period from December 2, 2026, to July 13, 2027, shall constitute excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(i), (ii), and (iv). The exclusion of the delay from the computation of the time within which the trial must commence under the Speedy Trial Act is made pursuant to 18 U.S.C. § 3161(h)(7)(A) and §§ 3161(h)(7)(B)(i), (ii), and (iv), in that the ends of justice served by this delay outweigh the best interest of the public and the defendants in a speedy trial because

counsel for Defendant Perlin will be in trial in *United States v. Wood, et al.*, No. 4:26-cr-00051-P (N.D. Tex.), during the period needed for final preparation; Defendant Perlin's retained expert requires additional records and reasonable time to review them; the failure to grant a continuance would result in a miscarriage of justice; and all parties, in this complex case, need additional time for effective preparation, and such need is reasonable under the circumstances.

IT IS FURTHER ORDERED that the scheduling order is amended as follows:

| | |
|---|---|
| Motion Deadline: | June 8, 2027 |
| Plea Cutoff/Final Pretrial Hearing: | June 22, 2027, at 2:00 p.m. |
| Defense Expert Disclosures: | 6 weeks before trial |
| Jury Trial: | July 13, 2027, at 8:30 a.m. |

Date: October 20, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge