**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

Plaintiff,

v.

Cemhan Biricik,

Defendant.

Case No. 25-cr-20543-1

Judith E. Levy
United States District Judge

Mag. Judge Kimberly G. Altman

________________________________/

**ORDER GRANTING**
**MOTIONS TO WITHDRAW AS COUNSEL [89, 91]**

Before the Court are two motions to withdraw as counsel for Defendant Cemhan Biricik: (1) a motion to withdraw filed by attorney Todd A. Spodek (ECF No. 89) and (2) a motion to withdraw filed by attorney Jeffrey Chabrowe. (ECF No. 91.) The motions indicate that "the Government takes no position" on the requests to withdraw. (ECF No. 89, PageID.699; ECF No. 91, PageID.715.) The Court has reviewed the motions and considered the matter, and there being no objection to the motions;

IT IS HEREBY ORDERED that the motions to withdraw as counsel (ECF Nos. 89, 91) are GRANTED. The Federal Community Defender Office is ORDERED to appoint a CJA panel attorney to represent Defendant Cemhan Biricik.

IT IS FURTHER ORDERED that the Federal Community Defender Office is authorized to issue such appointment using the electronic system to create the appropriate CJA appointment form. CJA counsel will represent the Defendant in this case unless the appointment is terminated by (1) order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

IT IS SO ORDERED.

Dated: October 23, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 23, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager